Pro Se Office
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 230
New York, New York 10007

14CV8463

Abdoulaye Traore
DIN# 11A5088
Collins Correctional Facility
P.O. Box 340
Collins, N.Y. 14034-0340

Re: Sending 1983 civil Complaint & Requesting Application for an Attorney & manual

To Ruby J. Krajick, Clerk of the Courts:

My 42 U.S.C.A. 1983 federal civil claim is enclosed. I am requesting the application for a request for a lawyer to take my case and I would also like a application for a manual.

I am also sure that all the right documents have been sent, however, if there is anything that is not included in my claim please notify me as soon as possible. I have sent 2 copies of my claim and the original complaint, however, I have only sent (1) set (the original) of the poor person application with authorization, so if there is a problem, please send (2) copies of the poor persons application & I will fill it out and send it back quick.

Please send me any and all paperwork and documents to apply for a Attorney to be assigned to my case as soon as possible, and I also request a manual to help guide me through the process of court litigation. As stated before my 42 U.S.C. 1983 federal civil claim is enclosed with this letter. Thank you very much for your time and concern in the matter.


RECEIVED
OCT 17 2014
PRO SE OFFICE

Sincerely,
Abdoulaye Traore

Dated: 10-12-2014
: Carbon Copy * file

United States District Court
Eastern District of New York

Abdoulaye Traore,
        Plaintiff,

-Against-

Police Officer Andrew Ali Shield # 30757, Police Officer Angel Crespo Shield # 14376, Police Officer Rodolfo Bisono of the 24th Precinct and Detective Marcelo Razzo # 924377

**14CV8463**

Civil Complaint

Jury Trial Requested

Civil Action Number:


RECEIVED OCT 17 2014 PRO SE OFFICE

## Civil Action

1. This is a Civil Action brought pursuant to 42 U.S.C. Section 1983, and 42 U.S.C. 1985 subd.(3), to protect and defend the rights that are guaranteeted Under United States Federal Constitution Jurisdiction of this Court is invoke puruant to Title 28 U.S.C. Sec 2131 and Sec. 2132.

## Plaintiff

2. Plaintiff Abdoulaye Traore at all times herein mentioned is a prisoner of the State of New York held by New York State Department of Correctional Services in Erie County of New York at Collins Correctional Facility located in the County of Erie in Collins New York.

-1-

# Defendants

3. Defendants, Police Officer Andrew Ali Shield #30757, Police Officer Angel Crespo Shield #14376, Police Officer Rodolfo Bisono of the 24th Precinct, and Detective Razzo #924377 is and was at all times herein mentioned as Officers working out the 24th Precinct of New York County Police Department. That all Defendants assisting one another in Physically Assualting the Plaintiff to the point medical Attention was needed, a clear violation of Plaintiff's Constitutional Rights.

# First Cause of Action

1. On January 20th, 2011, the Plaintiff was shopping at 595 Amsterdam Avenue, New York, N.Y. 10025, and Purchased the following items - Four Loco Malt Beer(2), Colt 45 Beer(8), Chicken Salad, buffalo wings

with French Fries, Pack of Newports(1), Dutch master Cigars(2), a total of 16 items (see Exhibit A). Upon leaving and Entering Store, Survailance Cameras observe Plaintiff entering and leaving Convenience Store, located at 595 Amsterdam Avenue, New York, N.Y. 10025.

2. Plaintiff is on Survailance cameras approaching his next destination with bags heading to C.V.S. Convenience Store, located directly across the street on the corner of 96th Street and Amsterdam Avenue, New York, N.Y. 10025.

3. The Plaintiff went into C.V.S. Convenience Store located at 96th Street & Amsterdam Avenue, New York, N.Y. 10025, to purchase a $50.00 prepaid Boost Phone card. Upon exiting the C.V.S. Convenience Store Plaintiff was apporached by unidentifying Officers, which appeared to be in plain clothes with weapons drawn at the Plaintiff.

-3-

4. The Plaintiff in fear of his life, tried to escape the situation, in his possession -(8) bags of food and Beers in his hands, without any hand coverings or gloves, all observed by the C.V.S. Survailance camera, and in the Plaintiff's Pockets were a goggle Andriod touchscreen Portable tablet laptop, Apple 8 gig Touch-Screen Ipod touch, silver and gray Sanyo Incognito touchscreen cellphone by Boost mobile, and 425 i Nextel Boost Mobile cellphone, Keys to Plaintiff's Home located at 93rd Street & West End Avenue, New York, N.Y. 10025, Keys to the Plaintiff's 2001 ford Expedition Eddie Baur Edition, wallet, and $90.00 in cash, along with work gloves. (see Police vouchers)

5. Plaintiff ran until the officers identified themselves, which was less than 50 feet, Plaintiff then stopped and threw his hands in the air and got down on both Knees, Defendants, Officer Andrew Ali shield # 30757 and

-4-

Officer Angel Crespo shield #14376, immediately ran up to the Plaintiff and started beating the Plaintiff with their fists, feet, and weapons. While Defendants, Officer Andrew Ali shield #30757, and Officer Angel Crespo shield #14376 was Assaulting the Plaintiff, Abdoulaye Traore, Other Officers arrived at the scene and handcuffed the Plaintiff, Abdoulaye Traore, while he was being Attacked by the defendants, Officer Andrew Ali Shield #30757, and Officer Angel Crespo Shield #14376.

6. The Plaintiff was arrested across the street and down the Block which is located at 96th Street between broadway & Amsterdam Avenue New York, N.Y. 10025, from C.V.S. Convenience Store.

7. Upon being arrested the Plaintiff, Abdoulaye Traore, was beaten by Numberous Officers, including but not limited to the Defendants named herein, with their fists and their weapons while Plaintiff was

Handcuffed. The Plaintiff was taken to the 24th Precinct, where he immediately needed medical Assistance and requested medical Assistance and was denied.

8. During the Interview/Statement Process the Plaintiff refused to comply because of his injuries of Bleeding head & Bleeding face, A very sore & hurting Pain in the back, Sore arms and hands, all injuries committed by Defendants, However, while Plaintiff resisted he got into a physical altercation with Defendants, Officer Rodolfo Bisono of the 24th Precinct, and Detective Marcelo Razzo #924377, in which the Plaintiff, Abdoulaye Traore, was attacked & Beaten again while Plaintiff was Handcuffed on one hand.

9. The Plaintiff was Beaten by the Defendants, Officer Rodolfo Bisono of the 24th Precinct and Detective Razzo #924377, within the 24th Precinct located at 151 West 100th Street, New York, N.Y. 10025 and Needed emergency medical Attention, in where

-6-

an ambulance was called and the Plaintiff, Abdoulaye Traore, had to be transported to the hospital for his injuries from being attacked by the Defendants. (see exhibit B)

10. The Plaintiff has many Complaints in the 24th Precinct on file about being previously attacked and harrassed by Officers, (see exhibit C) Plaintiff has a Civilian Complaint Review Board (CCRB) against Officers in the 24th Precinct for a Criminal Complaint where Plaintiff was Beaten, falsely Arrested, illegally Detained, maliciously Prosecuted, and Officers used unnecessary excessive force against the Plaintiff.

11. On the return of the Plaintiff from the hospital to the 24th Precinct, Plaintiff was further processed and transported downtown to Central bookings.

12. Plaintiff went in front of the judge to face his Crimes and "NONE" of the Plaintiff's charges were "Resisting Arrest" or Interfereing with a Criminal Investagation, so Plaintiff's Actions did "Not" resist

Arrest, therefore, Defendants, Officer Andrew Ali Shield #30757, and Officer Angel Crespo shield #14376, maliciously attacked Plaintiff, and also when the Plaintiff, Abdoulaye Traore, was "Not" interfereing with the Police Investagation in the 24th Precinct where the Defendants, Officer Rodolfo Bisono of the 24th Precinct, and Detective Razzo #924377, also attacked the Plaintiff. (see exhibit D)

13. The Plaintiff lived in fear of his life of the Officers of the 24th Precinct, that he made numberous complaints at the 24th Precinct and the Civilian Complaint Review Board prior to this incident. (see exhibit C)

14. The Plaintiff has and still suffers since the attack on his life by the Officers, the Defendants mentioned herein, and the Plaintiff still takes medication for the pain to Plaintiff's back and medication for Depression because Officers actions enabled Plaintiff normal lifestyle. (see Exhibit E)

-8-